Frederick P. Nichols, Jr., and Another, as Executors, etc., Respondents, v. Edith C. Eckerson, Individually and as Executrix, etc., Appellant.

— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.